IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BOYD,

        Plaintiff,        1: 07 CV 1541 OWW WMW PC

  vs.                    ORDER RE MOTION (DOC 12)

ESTIOCO, et al.,

        Defendants.

     Plaintiff has filed a motion for default judgment.  This action was initiated by a Notice of Removal filed by Defendants Huddleston and Pfeiffer.  Defendants, in their response to the motion, correctly note that the complaint has not been screened, and Defendants have not been directed to respond to the complaint.  Plaintiff's motion should therefore be denied.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the entry of default is denied.

IT IS SO ORDERED.

**Dated:   July 17, 2008**                 **/s/ William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE