# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOYD,<br><br>        Plaintiff,<br><br>  v.<br><br>W. HUDDLESTON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO.  1:07-cv-1541-OWW-MJS (PC)<br><br>ORDER DISMISSING ACTION BASED ON DEATH OF PLAINTIFF |

This is a civil rights action brought by Plaintiff proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On April 16, 2010, Defendants filed a document entitled "Suggestion of Death" stating that mail had been returned to defense counsel indicating that Plaintiff had died in March 2010. (ECF No. 31.) On May 5, 2010, the Court held that Defendants' filing was a suggestion of death triggering Rule 25(a). (ECF No. 32.) The Court stated that Plaintiff's successors had ninety days to move for substitution and warned that failure to do so would result in dismissal of this action.

More than ninety days have passed and the Court has received no motion for substitution or any other response to the suggestion of death. Accordingly, it is hereby ORDERED that this action is dismissed. The Clerk is directed to close the case. IT IS SO ORDERED.

Dated:   August 26, 2010            /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE